SUSANA ALCALA WOOD, City Attorney (SBN 156366)
MATTHEW R. DAY, Senior Deputy City Attorney (SBN 250945)
MRDay@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD; LYRIC NASH; NICOLLETTE JONES; and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>Defendants. | Case No.:  2:21-cv-02211-JAM-DB<br><br>CITY OF SACRAMENTO'S NOTICE OF MOTION AND MOTION FOR ORDERS DISMISSING THE  FIRST AMENDED COMPLAINT<br><br>Date:         April 19, 2022<br>Time:        1:30 p.m.<br>Courtroom: 6, 14th Floor<br>Judge:       Hon. John A. Mendez |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 19, 2022, or as soon thereafter as counsel may be heard in Courtroom 6 of the above-entitled Court, Defendants the City of Sacramento ("City") and Daniel Hahn (collectively Defendants) will move for Orders dismissing Plaintiffs' First Amended Complaint (FAC) in its entirety as to the Defendants and striking certain portions of Plaintiffs' FAC or claims therein. Specifically, the Defendants will move for an Order that the Court dismiss the FAC because Plaintiffs Megan White, Jeronimo Aguilar, Loren Wayne Kidd, Lyric Nash, Nicollette Jones, and Odette Zapata (collectively Plaintiffs) failed to comply

with the "short and plain" requirement of Rule 8 and the FAC fails to state a claim upon which relief can be granted. In the alternative, Defendants move to strike portions of the FAC as immaterial pursuant to Fed. R. Civ. P. 12(f) or move for a more definite statement pursuant to Fed. R. Civ. P. 12(e).

This motion is made following the conference of counsel pursuant to the Court's standing order which took place on January 19, 2022. In addition to the conference, the Defendants sent multiple email correspondences outlining the grounds for the motion to dismiss.

The aforementioned Motion to Dismiss is based upon the Memorandum of Points and Authorities, the pleadings and papers on file herein, as well as such argument that the Court may entertain at the time of hearing.

DATED: February 16, 2022         SUSANA ALCALA WOOD,
                                 City Attorney


                         By:     /s/ MATTHEW R. DAY
                                 MATTHEW R. DAY
                                 Senior Deputy City Attorney

                                 Attorneys for the CITY OF SACRAMENTO