SUSANA ALCALA WOOD, City Attorney (SBN 156366)
MATTHEW R. DAY, Senior Deputy City Attorney (SBN 250945)
MRDay@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD; LYRIC NASH; NICOLLETTE JONES; and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>Defendants. | Case No.:  2:21-cv-02211-JAM-DB<br><br>ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date:         April 19, 2022<br>Time:        1:30 p.m.<br>Courtroom: 6, 14th Floor<br>Judge:       Hon. John A. Mendez |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On April 19, 2022, in Courtroom __ of the above-entitled Court, Defendants City of Sacramento and Daniel Hahn ("Defendants") moved for an Order to Dismiss the First Amended Complaint (FAC) of Plaintiffs Megan White, Jeronimo Aguilar, Loren Wayne Kidd, Lyric Nash, Nicollette Jones, and Odette Zapata (collectively Plaintiffs). Counsel of record for Plaintiffs appeared via telephone. Matthew R. Day, Esq. of the Sacramento City Attorney's office appeared via telephone on behalf of the City of Sacramento and Daniel Hahn.

1  The Court, having considered the pleadings, oral argument, and all matters pertaining to
2  this action, hereby dismisses this action without prejudice.
3  SO ORDERED.

5  DATED: _____

7  _____
   THE HONORABLE JOHN A. MENDEZ
8  United States District Court Judge