| | |
|---|---|
| TIFANEI RESSL-MOYER, SBN 319721 | DAN SIEGEL, SBN 56400 |
| LAUREN CARBAJAL, SBN 336485 | EMILYROSE JOHNS, SBN 294319 |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS | SIEGEL, YEE, BRUNNER & MEHTA |
| OF THE SAN FRANCISCO BAY AREA | 475 14th Street, Suite 500 |
| 131 Steuart Street, Suite 400 | Oakland, California 94612 |
| San Francisco, CA 94105 | Telephone: (510) 839-1200 |
| Telephone: (916) 634-8687 | Facsimile: (510) 444-6698 |
| Email: tresslmoyer@lccrsf.org | Email: danmsiegel@gmail.com; |
|     lcarbajal@lccrsf.org |     emilyrose@siegelyee.com |

PILAR GONZALEZ MORALES, SBN 308550
ELIZABETH BALLART, SBN 299226
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E Colfax Avenue, Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Email: pgonzalez@creeclaw.org
    eballart@creeclaw.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>    Defendants. | Case No. 2:21-cv-02211-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT** |

On June 6, 2022, the Court issued its order on defendants' motion to dismiss plaintiffs' First Amended Complaint. (ECF No. 22.) In its order, it dismissed without prejudice plaintiffs' fifth and sixth claims for relief and plaintiff Aguilar's state law claims. The Court ordered plaintiffs to file their Second Amended Complaint, if any, within 20 days of its order.

Plaintiffs request and defendants stipulate to a two week extension to the deadline for plaintiffs to file their Second Amended Complaint, causing plaintiffs' Second Amended Complaint to be due by July 11, 2022. Counsel from Siegel, Yee, Brunner & Mehta have just entered their appearance in this matter, and plaintiffs' counsel seeks additional time to confer and amend the complaint to perfect plaintiffs' claims.

Defendants request and plaintiffs stipulate to a brief extension to the deadline for defendants to file their responsive pleading to a Second Amended Complaint. Defendants' responsive pleading to a Second Amended Complaint would be due on or before August 8, 2022. Counsel for defendants has a pre-planned, pre-paid vacation from July 24, 2022 through July 29, 2022, which would be impacted by the stipulation to allow plaintiffs' additional time to file a Second Amended Complaint.

Dated: June 16, 2022

    SIEGEL, YEE, BRUNNER & MEHTA

    By: _/s/ EmilyRose Johns_
        EmilyRose Johns

Dated: June 16, 2022

    CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

    By: _/s/ Pilar Gonzalez_
        Pilar Gonzalez

Dated: June 16, 2022

    LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

    By: _/s/ Tifanei Ressl-Moyer_
        Tifanei Ressl-Moyer

*Attorneys for Plaintiffs*

1  Dated: June 16, 2022

                                               SACRAMENTO CITY ATTORNEY'S OFFICE

                                        By:  /s/ *Matthew R. Day*
                                              Matthew R. Day

                                        *Attorneys for Defendants*

**ORDER**

GOOD CAUSE SHOWING, the deadline for plaintiffs to file their Second Amended Complaint is extended to July 11, 2022. The deadline for defendants to file their responsive pleading to a Second Amended Complaint is extended to August 8, 2022.

IT IS SO ORDERED.

Dated: June 17, 2022                                    /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE