SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**MATTHEW R. DAY, Senior Deputy City Attorney (SBN 250945)**
MRDay@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD; LYRIC NASH; NICOLLETTE JONES; and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>Defendants. | Case No.:  2:21-cv-02211-JAM-DB<br><br>**REQUEST FOR EXTENSION TO FILE UPDATED JOINT STATUS REPORT AND ORDER** |

On March 7, 2022, the Court issued its minute order requiring the parties submit a Joint State Conference Reports within thirty (30) days after the Court's ruling on Defendants' motion to dismiss. (ECF No. 18.) The Court issued its order on the motion to dismiss on June 8, 2022, granting in part and denying in part the motion to dismiss. (ECF No. 22.) Thereafter the parties stipulated and the Court ordered the parties would receive additional time to file a Second Amended Complaint and a response to the Second Amended Complaint. (ECF No. 26.)

As the Second Amended Complaint is not yet due, and the case is not at issue, the parties request that the Court extend the time to file an updated Joint Status Report for 30 days, to be filed on or before August 8, 2022. Such an extension is in the best interest of the Court and parties so the Second Amended Complaint may be filed by plaintiffs and a responsive pleading filed by the defendants.

Dated: July 8, 2022     SIEGEL, YEE, BRUNNER & MEHTA

By: __/s/_____
    EmilyRose Johns

Dated: July 8, 2022     CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER

By: __/s/_____
    Pilar Gonzales

Dated: July 8, 2022     LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: __/s/_____
    Tifanei Ressl-Moyer

*Attorneys for Plaintiffs*

Dated:  July 8, 2022    SUSANA ALCALA WOOD,
                        City Attorney

By: __/s/_____
    MATTHEW R. DAY

*Attorneys for the CITY OF SACRAMENTO*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 131(e), I certify that the content of this document is acceptable to Counsel for Plaintiff and I have obtained authorization from Plaintiff's counsel to affix their electronic signatures to this document

By: __/s/_____
    MATTHEW R. DAY

**ORDER**

GOOD CAUSE SHOWING, the deadline to submit an update Joint Status Report is extended to August 8, 2022.

IT IS SO ORDERED.

Dated: July 8, 2022         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE