SUSANA ALCALA WOOD, City Attorney (SBN 156366)
MATTHEW R. DAY, Senior Deputy City Attorney (SBN 250945)
MRDay@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD; LYRIC NASH; NICOLLETTE JONES; and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>Defendants. | Case No.:  2:21-cv-02211-JAM-DB<br><br>ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT AND DANIEL HAHN TO SECOND AMENDED COMPLAINT |

Defendants CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and DANIEL HAHN, in his official capacity as Chief of the Sacramento Police Department, (hereinafter "Defendants") answer the unverified Second Amended Complaint (hereinafter "Complaint") of Plaintiff MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD; LYRIC NASH; NICOLLETTE JONES; AND ODETTE ZAPATA, as follows:

1.     Paragraph one sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

2.      Paragraph two sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

3.      Paragraph three sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

4.      Paragraph four sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

5.      Paragraph five sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

6.      Paragraph six sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

7.      Paragraph seven sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

8.      Paragraph eight sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

9. Paragraph nine sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

10. Paragraph ten sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

11. Paragraph 11 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

12. Answering paragraph 12 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given their affirmative defenses to the allegations, admit that jurisdiction is proper.

13. Answering paragraph 13 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given their affirmative defenses to the allegations, admit that jurisdiction is proper.

14. Answering paragraph 14 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given their affirmative defenses to the allegations, admit that jurisdiction is proper.

15. Answering paragraph 15 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given their affirmative defenses to the allegations, admit that jurisdiction is proper.

16. Answering paragraph 16 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given their affirmative defenses to the allegations,

3

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT
1178084

admit that venue is proper.

17.     Answering paragraph 17 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

18.     Answering paragraph 18 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

19.     Answering paragraph 19 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

20.     Answering paragraph 20 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

21.     Answering paragraph 21 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

22.     Answering paragraph 22 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

23.     Defendants admit the Sacramento Police Department is the police department for the City of Sacramento. Defendants deny all other allegations in the paragraph.

24.     Defendants admit paragraph 24.

25.     Defendants admit paragraph 25.

26.     Answering paragraph 26 of the Complaint, Defendants are without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

27.     Paragraph 27 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

4

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

28.     Paragraph 28 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

29.     Paragraph 29 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

30.     Paragraph 30 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

31.     Paragraph 31 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

32.     Paragraph 32 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

33.     Paragraph 33 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

34.     Defendants deny each and every allegation contained in paragraph 34.

35.     Paragraph 35 sets forth argument and/or legal conclusions, as opposed to factual

1178084

allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

36. Paragraph 36 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

37. Paragraph 37 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

38. Paragraph 38 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

39. Paragraph 39 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

40. Paragraph 40 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

41. Paragraph 41 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

/ / /

42.     Paragraph 42 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

43.     Paragraph 43 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

44.     Paragraph 44 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

45.     Answering paragraph 45 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

46.     Defendants deny each and every allegation contained in paragraph 46.

47.     Answering paragraph 47 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

48.     Answering paragraph 47 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

49.     Answering paragraph 49 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

50.     Answering paragraph 50 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

7

51.     Answering paragraph 51 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

52.     Answering paragraph 52 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

53.     Answering paragraph 53 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

54.     Answering paragraph 54 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

55.     Defendants deny each and every allegation contained in paragraph 53.

56.     Answering paragraph 56 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

57.     Answering paragraph 57 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

58.     Answering paragraph 58 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

59.     Answering paragraph 59 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

60.     Answering paragraph 60 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

61.     Answering paragraph 61 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

62.     Answering paragraph 62 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

63.     Answering paragraph 63 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

64.     Defendants admit that on June 1, 2020, the Sacramento City Counsel passed a resolution imposing a curfew.

65.     Defendants deny each and every allegation contained in paragraph 65.

66.     Defendants admit National Guard deployed troops in Sacramento in June 2020. Defendants deny each and every other allegation in paragraph 66.

67.     Answering paragraph 67 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

68.     Answering paragraph 68 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

69.     Answering paragraph 69 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

70.     Answering paragraph 70 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

71.     Defendants deny each and every allegation contained in paragraph 71.

72.     Defendants admit on November 7, 2020, individuals gathered at the State Capitol.

9

Defendants deny each and every other allegation in paragraph 72.

73.   Answering paragraph 73 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

74.   Answering paragraph 74 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

75.   Answering paragraph 75 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

76.   Defendants deny each and every allegation contained in paragraph 76.

Answering paragraph 68 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

77.   Answering paragraph 77 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

78.   Answering paragraph 78 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

79.   Defendants deny each and every allegation contained in paragraph 79.

80.   Defendants admit there was a political rally/protest at the Capitol on November 14, 2020. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

81.   Answering paragraph 81 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

82.     Answering paragraph 82 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

83.     Answering paragraph 83 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

84.     Defendants deny each and every allegation contained in paragraph 84.

85.     Answering paragraph 85 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

86.     Answering paragraph 86 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

87.     Answering paragraph 87 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

88.     Answering paragraph 88 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

89.     Defendants admit there was a political rally/protest at the Capitol on November 21, 2020. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

90.     Answering paragraph 90 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

91.     Answering paragraph 91 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis

1178084

1 | deny each and every allegation contained therein.

2 |     92.    Answering paragraph 92 of the Complaint, Defendants are without sufficient

3 | knowledge or information to form a belief as to the truth of those allegations and on that basis

4 | deny each and every allegation contained therein.

5 |     93.    Answering paragraph 93 of the Complaint, Defendants are without sufficient

6 | knowledge or information to form a belief as to the truth of those allegations and on that basis

7 | deny each and every allegation contained therein.

8 |     94.    Answering paragraph 94 of the Complaint, Defendants are without sufficient

9 | knowledge or information to form a belief as to the truth of those allegations and on that basis

10 | deny each and every allegation contained therein.

11 |     95.    Answering paragraph 95 of the Complaint, Defendants are without sufficient

12 | knowledge or information to form a belief as to the truth of those allegations and on that basis

13 | deny each and every allegation contained therein.

14 |     96.    Answering paragraph 96 of the Complaint, Defendants are without sufficient

15 | knowledge or information to form a belief as to the truth of those allegations and on that basis

16 | deny each and every allegation contained therein.

17 |     97.    Answering paragraph 97 of the Complaint, Defendants are without sufficient

18 | knowledge or information to form a belief as to the truth of those allegations and on that basis

19 | deny each and every allegation contained therein.

20 |     98.    Answering paragraph 98 of the Complaint, Defendants are without sufficient

21 | knowledge or information to form a belief as to the truth of those allegations and on that basis

22 | deny each and every allegation contained therein.

23 |     99.    Answering paragraph 99 of the Complaint, Defendants are without sufficient

24 | knowledge or information to form a belief as to the truth of those allegations and on that basis

25 | deny each and every allegation contained therein.

26 |     100.    Answering paragraph 100 of the Complaint, Defendants are without sufficient

27 | knowledge or information to form a belief as to the truth of those allegations and on that basis

28 | deny each and every allegation contained therein.

12

1178084

101.    Answering paragraph 101 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

102.    Answering paragraph 102 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

103.    Answering paragraph 103 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

104.    Answering paragraph 104 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

105.    Answering paragraph 105 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

106.    Answering paragraph 106 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

107.    Answering paragraph 107 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

108.    Answering paragraph 108 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

109.    Answering paragraph 109 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

110.    Answering paragraph 110 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

111.    Answering paragraph 111 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

112.    Answering paragraph 112 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

113.    Defendants admit there was a political rally/protest at or near the Capitol on December 19, 2020. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

114.    Defendants admit that Plaintiff Kidd was taken into custody on December 19, 2020 and subsequently released the same day. Mr. Kidd was release as there were insufficient grounds for making a criminal complaint. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

115.    Answering paragraph 115 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

116.    Answering paragraph 116 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

117.    Defendants admit that when Plaintiff Kidd was released the reasons for release indicated on form SPD 138 was "Arrestee exonerated" but "Further investigation necessary" was also marked. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other

1178084

allegation contained therein.

118.   Answering paragraph 118 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

119.   Answering paragraph 119 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

120.   Answering paragraph 120 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

121.   Answering paragraph 121 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

122.   Answering paragraph 122 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

123.   Defendants admit there was a gathering outside of the Sacramento County Jail on December 31, 2020. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

124.   Defendants admit there was a political rally/protest at or near the Capitol on January 6, 2021. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

125.   Answering paragraph 125 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

126.    Answering paragraph 126 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

127.    Answering paragraph 127 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

128.    Answering paragraph 128 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

129.    Answering paragraph 129 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

130.    Answering paragraph 130 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

131.    Answering paragraph 131 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

132.    Answering paragraph 132 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

133.    Answering paragraph 133 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

134.    Answering paragraph 134 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

135.     Answering paragraph 135 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

136.     Answering paragraph 136 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

137.     Answering paragraph 137 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

138.     Paragraph 138 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein.  Further, Defendants deny each and every allegation contained therein.

139.     Answering paragraph 139 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

140.     Answering paragraph 140 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

141.     Answering paragraph 141 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

142.     Answering paragraph 142 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

143.     Answering paragraph 143 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

1178084

144.     Answering paragraph 144 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

145.     Answering paragraph 145 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

146.     Answering paragraph 146 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

147.     Answering paragraph 147 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

148.     Answering paragraph 148 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

149.     Answering paragraph 149 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

150.     Answering paragraph 150 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

151.     Answering paragraph 151 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

152.     Defendants admit on November 12, 2020, Plaintiff Aguilar was arrested and his home searched pursuant to an arrest warrant and search warrant. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

153.    Defendants admit that after a lengthy standoff with law enforcement, Plaintiff Aguilar exited the residence and was detained. Defendants admit that other individuals in the residence were also detained briefly. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

154.    Defendants admit after being arrested, Plaintiff Aguilar was given his mirranda rights and was questioned by law enforcement. Plaintiff Aguilar was taken to and booked into the Sacramento County jail. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis deny each and every other allegation contained therein.

155.    Answering paragraph 155 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

156.    Answering paragraph 156 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

157.    Answering paragraph 157 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

158.    Answering paragraph 158 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

159.    Answering paragraph 159 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

160.    Answering paragraph 160 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

161.   Answering paragraph 161 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

162.   Answering paragraph 162 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

163.   Answering paragraph 163 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

164.   Paragraph 164 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

165. Paragraph 165 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

166.   Paragraph 166 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

167.   Paragraph 167 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

168.   Paragraph 168 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation

1    contained therein.

2    169.    Paragraph 169 sets forth argument and/or legal conclusions, as opposed to factual

3    allegations, to which no response is required, and on that ground the Defendants deny each

4    and every allegation contained therein. Further, Defendants deny each and every allegation

5    contained therein.

6    170.    Paragraph 170 sets forth argument and/or legal conclusions, as opposed to factual

7    allegations, to which no response is required, and on that ground the Defendants deny each

8    and every allegation contained therein. Further, Defendants deny each and every allegation

9    contained therein.

10    171.    Paragraph 171 sets forth argument and/or legal conclusions, as opposed to factual

11    allegations, to which no response is required, and on that ground the Defendants deny each

12    and every allegation contained therein. Further, Defendants deny each and every allegation

13    contained therein.

14    172.    Defendants admit they coordinate with and/or request support from other law

15    enforcement agencies when necessary. The Sacramento County Sheriff's Department and

16    California Highway Patrol are two of the law enforcement agencies the Defendants have

17    coordinated with and/or requested support from. Defendants deny remaining allegations in

18    paragraph 172.

19    173.    Answering paragraph 173 of the Complaint, Defendants are without sufficient

20    knowledge or information to form a belief as to the truth of those allegations and on that basis

21    deny each and every allegation contained therein.

22    174.    Paragraph 174 sets forth argument and/or legal conclusions, as opposed to factual

23    allegations, to which no response is required, and on that ground the Defendants deny each

24    and every allegation contained therein. Further, Defendants deny each and every allegation

25    contained therein.

26    175.    Paragraph 175 sets forth argument and/or legal conclusions, as opposed to factual

27    allegations, to which no response is required, and on that ground the Defendants deny each

28    and every allegation contained therein. Further, Defendants deny each and every allegation

1178084

1  contained therein.

2      176.    Paragraph 176 sets forth argument and/or legal conclusions, as opposed to factual

3  allegations, to which no response is required, and on that ground the Defendants deny each

4  and every allegation contained therein. Further, Defendants deny each and every allegation

5  contained therein.

6      177.    Paragraph 177 sets forth argument and/or legal conclusions, as opposed to factual

7  allegations, to which no response is required, and on that ground the Defendants deny each

8  and every allegation contained therein. Further, Defendants deny each and every allegation

9  contained therein.

10     178.    Paragraph 178 sets forth argument and/or legal conclusions, as opposed to factual

11  allegations, to which no response is required, and on that ground the Defendants deny each

12  and every allegation contained therein. Further, Defendants deny each and every allegation

13  contained therein.

14     179.    Paragraph 179 sets forth argument and/or legal conclusions, as opposed to factual

15  allegations, to which no response is required, and on that ground the Defendants deny each

16  and every allegation contained therein. Further, Defendants deny each and every allegation

17  contained therein.

18     180.    Paragraph 180 sets forth argument and/or legal conclusions, as opposed to factual

19  allegations, to which no response is required, and on that ground the Defendants deny each

20  and every allegation contained therein. Further, Defendants deny each and every allegation

21  contained therein.

22     181.    Paragraph 181 sets forth argument and/or legal conclusions, as opposed to factual

23  allegations, to which no response is required, and on that ground the Defendants deny each

24  and every allegation contained therein. Further, Defendants deny each and every allegation

25  contained therein.

26     182.    Paragraph 176 sets forth argument and/or legal conclusions, as opposed to factual

27  allegations, to which no response is required, and on that ground the Defendants deny each

28  and every allegation contained therein. Further, Defendants deny each and every allegation

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT,
AND DANIEL HAHN TO SECOND AMENDED COMPLAINT
1178084

contained therein.

183.     Paragraph 183 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

184.     Paragraph 184 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

185.     Paragraph 185 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

186.     Paragraph 186 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

187.     Paragraph 187 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

188.     Defendants admit the allegations in paragraph 188 for Defendants, with the exception of the "Police Department." The Police Department is not a separate legal entity from the City and therefore does not have any independent actions from the City.

189.     Answering paragraph 189 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

190.    Answering paragraph 190 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

191.    Defendants deny the allegations in paragraph 191.

192.    Defendants admit the Police Department has General Orders which are the policies governing every aspect of our day-to-day operations and actions and Reference Manuals which are the procedural directives that provide guidance on how to perform specific tasks or functions. Defendants are without sufficient knowledge or information to form a belief as to the truth of any other allegations and on that basis deny each and every other allegation contained therein.

193.    Paragraph 193 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

194.    Paragraph 194 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

195.    Paragraph 195 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

196.    Paragraph 196 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

197.    Paragraph 197 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

198.    Paragraph 198 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

199.    Paragraph 199 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

200.    Paragraph 200 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

201.    Paragraph 201 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

202.    Paragraph 202 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

203.    Paragraph 203 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

204.    Paragraph 204 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

205.   Paragraph 205 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

206.   Paragraph 206 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

207.   Paragraph 207 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

208.   Paragraph 208 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

209.   Paragraph 209 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

210.   Paragraph 210 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

211.   Paragraph 211 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

212.    Paragraph 212 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

213.    Paragraph 213 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

214.    Paragraph 214 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

215.    Paragraph 215 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

216.    Paragraph 216 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

217.    Paragraph 217 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

218.    Paragraph 218 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT
1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

219.    Paragraph 219 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

220.    Paragraph 220 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

221.    Paragraph 221 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

222.    Paragraph 222 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

223.    Paragraph 223 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

224.    Paragraph 224 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

225.    Paragraph 225 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

1   and every allegation contained therein. Further, Defendants deny each and every allegation

2   contained therein.

3         226.   Defendants deny each and every allegation in paragraph 226.

4         227.   Defendants deny each and every allegation in paragraph 227.

5         228.   Defendants deny each and every allegation in paragraph 228.

6         229.   Paragraph 229 sets forth argument and/or legal conclusions, as opposed to factual

7   allegations, to which no response is required, and on that ground the Defendants deny each

8   and every allegation contained therein. Further, Defendants deny each and every allegation

9   contained therein.

10        230.   Paragraph 230 sets forth argument and/or legal conclusions, as opposed to factual

11  allegations, to which no response is required, and on that ground the Defendants deny each

12  and every allegation contained therein. Further, Defendants deny each and every allegation

13  contained therein.

14        231.   Paragraph 231 sets forth argument and/or legal conclusions, as opposed to factual

15  allegations, to which no response is required, and on that ground the Defendants deny each

16  and every allegation contained therein. Further, Defendants deny each and every allegation

17  contained therein.

18        232.   Paragraph 232 sets forth argument and/or legal conclusions, as opposed to factual

19  allegations, to which no response is required, and on that ground the Defendants deny each

20  and every allegation contained therein. Further, Defendants deny each and every allegation

21  contained therein.

22        233.   Defendants deny each and every allegation in paragraph 233.

23        234.   Defendants deny each and every allegation in paragraph 234.

24        235.   Defendants deny each and every allegation in paragraph 235.

25        236.   Paragraph 236 sets forth argument and/or legal conclusions, as opposed to factual

26  allegations, to which no response is required, and on that ground the Defendants deny each

27  and every allegation contained therein. Further, Defendants deny each and every allegation

28  contained therein.

237.    Paragraph 237 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

238.    Paragraph 238 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

239.    Paragraph 239 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

240.    Defendants deny each and every allegation in paragraph 240.

241.    Defendants deny each and every allegation in paragraph 241.

242.    Defendants deny each and every allegation in paragraph 242.

243.    Paragraph 243 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

244.    Paragraph 244 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

245.    Paragraph 245 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

/ / /

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

246.    Paragraph 246 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

247.    Paragraph 239 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

248.    Defendants deny each and every allegation in paragraph 240.

249.    Defendants deny each and every allegation in paragraph 241.

250.    Paragraph 250 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

251.    Paragraph 251 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

252.    Paragraph 252 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

253.    Paragraph 253 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

254.    Paragraph 254 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

255.    Paragraph 255 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

256.    Paragraph 256 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

257.    Paragraph 257 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

258.    Paragraph 258 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

259.    Paragraph 259 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

260.    Paragraph 260 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

261.    Paragraph 261 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

262.    Paragraph 262 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

263.    Paragraph 263 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

264.    Paragraph 264 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

265.    Paragraph 265 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

266.    Paragraph 266 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

267.    Paragraph 267 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

268.    Paragraph 268 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

269.     Paragraph 269 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

270.     Paragraph 270 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

271.     Paragraph 271 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

272.     Paragraph 272 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

273.     Paragraph 273 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

274.     Paragraph 274 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

275.     Paragraph 275 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

276.    Paragraph 276 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

277.    Paragraph 277 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

278.    Paragraph 278 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

279.    Paragraph 279 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

280.    Paragraph 280 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

281.    Paragraph 281 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

282.    Paragraph 282 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each

1178084

and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

283.   Paragraph 283 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

284.   Defendants deny each and every allegation in paragraph 284.

285.   Defendants deny each and every allegation in paragraph 285.

286.   Paragraph 286 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

287.   Paragraph 287 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

288.   Paragraph 288 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

289.   Paragraph 289 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

290.   Paragraph 290 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

1178084

1    291.    Paragraph 291 sets forth argument and/or legal conclusions, as opposed to factual

2  allegations, to which no response is required, and on that ground the Defendants deny each

3  and every allegation contained therein. Further, Defendants deny each and every allegation

4  contained therein.

5    292.    Paragraph 292 sets forth argument and/or legal conclusions, as opposed to factual

6  allegations, to which no response is required, and on that ground the Defendants deny each

7  and every allegation contained therein. Further, Defendants deny each and every allegation

8  contained therein.

9    293.    Paragraph 293 sets forth argument and/or legal conclusions, as opposed to factual

10  allegations, to which no response is required, and on that ground the Defendants deny each

11  and every allegation contained therein. Further, Defendants deny each and every allegation

12  contained therein.

13    294.    Paragraph 294 sets forth argument and/or legal conclusions, as opposed to factual

14  allegations, to which no response is required, and on that ground the Defendants deny each

15  and every allegation contained therein. Further, Defendants deny each and every allegation

16  contained therein.

17    295.    Defendants admit paragraph 295 includes language from various portions of the

18  U.S.C. and the C.F.R.

19    296.    Defendants admit the City is a public entity. Defendants admit the Police

20  Department is the police department for the City. Defendants deny each and every other

21  allegation contained therein.

22    297.    Answering paragraph 297 of the Complaint, Defendants are without sufficient

23  knowledge or information to form a belief as to the truth of those allegations and on that basis

24  deny each and every allegation contained therein.

25    298.    Answering paragraph 298 of the Complaint, Defendants are without sufficient

26  knowledge or information to form a belief as to the truth of those allegations and on that basis

27  deny each and every allegation contained therein.

28  / / /

1178084

299.    Answering paragraph 299 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

300.    Answering paragraph 300 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

301.    Paragraph 301 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

302.    Paragraph 302 sets forth argument and/or legal conclusions, as opposed to factual allegations, to which no response is required, and on that ground the Defendants deny each and every allegation contained therein. Further, Defendants deny each and every allegation contained therein.

AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendants allege as follows:

FIRST AFFIRMATIVE DEFENSE

[Failure to State a Cause of Action]

Plaintiffs' Complaint, and each cause of action contained therein, fails to state the facts sufficient to constitute a cause of action against Defendants.

SECOND AFFIRMATIVE DEFENSE

[Statute of Limitations]

The claims for relief alleged in the complaint are barred by the applicable statute of limitations.

THIRD AFFIRMATIVE DEFENSE

[Tort Claims Act]

Plaintiffs' claims are barred for failure to comply with the California Tort Claims Act.

/ / /

38

## FOURTH AFFIRMATIVE DEFENSE

[Comparative Fault - Plaintiff]

Plaintiffs are barred from recovery, in whole or part, because the sole or partial negligence of plaintiffs were the proximate cause of the acts and events alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

[Comparative Fault - Third Parties]

Plaintiffs are barred from recovery from Defendants, in whole or part, because the sole or partial negligence of third parties was the proximate cause of the acts and events alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

[Assumption of the Risk]

Plaintiffs freely and voluntarily assumed the risk of injury and damage alleged in the Complaint with full knowledge and appreciation of the magnitude thereof.

## SEVENTH AFFIRMATIVE DEFENSE

[Government Code - Immunities]

Each act or omission alleged in the Complaint falls within the immunities and defenses described in sections 800 through 995 of the California Government Code, including but not limited to, sections 815.2, 818.8, 820.2, 821.2, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 835.4, 840.2, 840.4, 840.6, and 845.8.

## EIGHTH AFFIRMATIVE DEFENSE

[Qualified Immunity]

Defendants allege immunity from liability because the involved Sacramento police officers' conduct did not violate clearly established federal law and/or a reasonable officer would not have known his/her conduct violated clearly established law.

## NINTH AFFIRMATIVE DEFENSE

[No adopted or enacted policy, custom or practice]

Pursuant to the *Monell* case, Defendant CITY OF SACRAMENTO has no liability because it did not adopt or enact any policy, custom or practice that violated any of plaintiffs'

39

constitutional rights.

## TENTH AFFIRMATIVE DEFENSE

### [Arrest/Force]

Each act or omission alleged in the complaint falls within the immunities and privileges set forth in the California Penal Code, including but not limited to, sections 834, 834a, 835, 836, and 836.5.

## ELEVENTH AFFIRMATIVE DEFENSE

### [City Code - Immunities]

There is no liability on the part of Defendants by virtue of the privileges, defenses, and immunities set forth in the Sacramento City Code, including but not limited to, sections 12.32.020 and 12.32.040.

## TWELFTH AFFIRMATIVE DEFENSE

### [Good Faith]

Defendants alleges it has acted in good faith and without wrongful intent at all times alleged in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Failure to Mitigate]

Plaintiffs' claims are barred, in whole or part, due to Plaintiffs' failure to mitigate the damages alleged in the complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Punitive Damages]

Defendants are immune from punitive damages pursuant to Government Code section 818.

## FIFTEENTH AFFIRMATIVE DEFENSE

### [Police Canine]

Each act or omission alleged in the complaint falls within the immunity set forth in Civil Code section 3342 (b).

40

1

SIXTEENTH AFFIRMATIVE DEFENSE

2

[Proposition 51]

3

Plaintiff's recovery against Defendant, if any, must be reduced by the terms of the Fair

4

Responsibility Act of 1986.  (California Civil Code sections 1431.1 through 1431.5.)

5

SEVENTEENTH AFFIRMATIVE DEFENSE

6

[Standing]

7

Plaintiffs lack the proper standing to sue Defendants on the grounds set forth in the

8

complaint.

9

WHEREFORE, Defendants request:

10

1.      That Plaintiffs take nothing from Defendants herein and that judgment be awarded

11

in favor of Defendants;

12

2.      That Defendants recover its reasonable costs incurred in the defense of this action;

13

and

14

3.      For such other and further relief as the court may deem proper.

15

DEMAND FOR JURY TRIAL

16

NOTICE IS HEREBY GIVEN that Defendants, demands a jury trial in the above-entitled

17

action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the

18

Seventh Amendment of the United States Constitution.

19

DATED:  August 8, 2022                           SUSANA ALCALA WOOD,
                                                 City Attorney

20

21

22

By:_____/s/ MATTHEW R. DAY_____

23

MATTHEW R. DAY
Senior Deputy City Attorney

24

Attorneys for the CITY OF

25

SACRAMENTO, SACRAMENTO POLICE
DEPARTMENT, and DANIEL HAHN

26

27

28

ANSWER OF DEFENDANTS CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT,
AND DANIEL HAHN TO SECOND AMENDED COMPLAINT

1178084