TIFANEI N. MOYER, SBN 319721
MADELINE FLOOD, SBN 329388
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (916) 634-8687
Email: tresslmoyer@lccrsf.org;
mflood@lccrsf.org

DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
emilyrose@siegelyee.com;
sbeladi@protonmail.com

CYNTHIA L. RICE, SBN 87630
AVIANCE D. BROWN, Pro Hac Vice
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
1245 E Colfax Ave., Suite 400
Denver, CO 80218
Telephone: (303) 757-7901
Email: crice@creeclaw.org;
abrown@creeclaw.org

*Attorneys for Plaintiffs*
MEGAN WHITE, JERONIMO AGUILAR,
LOREN WAYNE KIDD, LYRIC NASH,
NICOLLETTE JONES, and ODETTE ZAPATA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA, <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown), <br><br> Defendants. | Case No. 2:21-cv-02211-JAM-DB <br><br> **JOINT STIPULATION AND APPLICATION FOR AMENDMENT OF THE PRETRIAL SCHEDULING ORDER TO ALLOW A LIMITED EXTENSION OF THE DISCOVERY DEADLINES** |

*White v. Sacramento*, No. 2:21-cv-02211-JAM-DB
Joint Stipulation and Application for Amendment of the Pretrial Scheduling Order to Allow a
Limited Extension of the Discovery Deadlines - 1

1

2          Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rules 144(a), Plaintiffs Megan White,

3     Jeronimo Aguilar, Loren Wayne Kidd, Lyric Nash, Nicollette Jones, and Odette Zapata

4     ("plaintiffs") and Defendants the City of Sacramento, the Sacramento Police Department, and

5     Daniel Hahn ("defendants"), collectively "the parties", by and through their respective counsel of

6     record, hereby stipulate as follows:

7          WHEREAS, on August 10, 2022, the Court issued a Pretrial Scheduling Order ("Order")

8     (Dkt. No. 34);

9          WHEREAS, the Order provided that all expert witness disclosures shall be completed by

10    July 3, 2023, that any rebuttal experts shall be disclosed by August 11, 2023, and that fact

11    discovery shall be completed by September 29, 2023;

12         WHEREAS, plaintiffs and defendants have not filed any prior stipulations or requests to

13    extend the discovery and expert witness disclosure deadlines provided for by the Pretrial

14    Scheduling Order;

15         WHEREAS, plaintiffs noticed the deposition of the City of Sacramento pursuant to Rule

16    30(b)(6) on December 27, 2022, including various topics of inquiry requiring the preparation and

17    presentation of various different individual deponents;

18         WHEREAS, following several months of meeting and conferring, the parties reached

19    agreement on the scope of the examination of the witnesses and the appropriate witnesses for

20    30(b)(6) deposition topics, allowing plaintiffs to schedule various depositions for June 2023;

21         WHEREAS, defendants have substituted new counsel in this case just weeks ago, resulting

22    in the cancellation of the majority of the scheduled depositions;

23         WHEREAS, the parties will require fact discovery to be completed before their experts can

24    opine on relevant subjects;

25         WHEREAS, the parties are still interested in pursuing meaningful settlement discussions

26    and believe that extending the discovery deadlines will promote those efforts;

27         WHEREAS, this joint request is being made in the interests of judicial economy and in good

28

---

*White v. Sacramento*, No. 2:21-cv-02211-JAM-DB
Joint Stipulation and Application for Amendment of the Pretrial Scheduling Order to Allow a
Limited Extension of the Discovery Deadlines - 2

faith and will not prejudice any party;

WHEREAS this stipulated extension will not change the current motion hearing schedule, or pre-trial conference or trial dates;

WHEREAS the parties have shown good cause for the stipulated extensions to fact and expert discovery pursuant to Fed. R. Civ. P. 16(b)(4), in light of the parties' diligent efforts on discovery to date, in light of recent counsel changes necessitating cancellation of scheduled depositions, and in light of the parties' desire to participate in meaningful settlement discussions over the coming months.

NOW THEREFORE, plaintiffs and defendants hereby stipulate, subject to the approval of this Court for good cause shown, that:

1.    The deadline for parties' completion of discovery shall be extended to December 1, 2023.

2.    The deadline for parties' disclosure of expert witnesses shall be extended to December 15, 2023.

3.    The deadline for parties' disclosure of rebuttal experts shall be extended to January 19, 2024.

4.    All other deadlines established in the August 10, 2022 Pretrial Scheduling Order (Dkt. No. 34) remain unchanged.


Respectfully submitted,

Dated:  June 16, 2023                    SIEGEL, YEE, BRUNNER & MEHTA

                                         */s/ Dan Siegel*
                                         DAN SIEGEL

                                         *Attorneys for Plaintiffs*
                                         MEGAN WHITE, JERONIMO AGUILAR, LOREN
                                         WAYNE KIDD, LYRIC NASH, NICOLLETTE
                                         JONES, and ODETTE ZAPATA

*White v. Sacramento*, No. 2:21-cv-02211-JAM-DB
Joint Stipulation and Application for Amendment of the Pretrial Scheduling Order to Allow a
Limited Extension of the Discovery Deadlines - 3

1

2          Dated: June 16, 2023            SACRAMENTO CITY ATTORNEY

3                                          */s/ Sean D. Richmond*
                                           SEAN D. RICHMOND
4
                                           *Attorneys for Defendants*
5                                          SACRAMENTO POLICE DEPARTMENT; THE
                                           CITY OF SACRAMENTO; DANIEL HAHN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*White v. Sacramento*, No. 2:21-cv-02211-JAM-DB
Joint Stipulation and Application for Amendment of the Pretrial Scheduling Order to Allow a
Limited Extension of the Discovery Deadlines - 4

1                <u>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**</u>

2         Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling

3 Order, is **MODIFIED** as follows:

4

5     (1) The deadline for parties' completion of discovery shall be extended to **December 1,**

6        **2023**.

7

8     (2) The deadline for parties' disclosure of expert witnesses shall be extended to **December**

9

10        **15, 2023.**

11

12     (3) The deadline for parties' disclosure of rebuttal experts shall be extended to J**anuary 19,**

13        **2024**.

14

15     (4) All other deadlines established in the August 10, 2022 Pretrial Scheduling Order (Dkt.

16        No. 34) remain unchanged.

17

18     (5) Counsel shall contact Judge Mendez' Courtroom Deputy, M York, via e-mail at

19        myork@caed.uscourts.gov, <u>prior</u> to filing a stipulation and proposed order to continue

20        the dates set forth in this order.

21

22     **IT IS SO ORDERED**.

23

24 Dated: June 20, 2023           /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ

25                                         SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

*White v. Sacramento*, No. 2:21-cv-02211-JAM-DB
Joint Stipulation and Application for Amendment of the Pretrial Scheduling Order to Allow a
Limited Extension of the Discovery Deadlines - 5