1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MEGAN WHITE, et al.,                     No.  2:21-cv-02211 JAM DB

12                    Plaintiffs,

13            v.                                 ORDER

14     SACRAMENTO POLICE
       DEPARTMENT, et al.,
15
                       Defendants.
16

17

18          A settlement conference has previously been set before Magistrate Judge Allison Claire

19     for March 18, 2024, at 9:00 a.m.  ECF No. 54.  This order CONFIRMS the date and time for the

20     settlement conference and SUPERSEDES the previously-issued minute order as to the matters

21     addressed herein.

22          The court expects that the parties will proceed with the settlement conference in good

23     faith and attempt to resolve all or part of the case.  Unless otherwise specifically authorized by the

24     court in advance of the settlement conference, the following individuals must participate in the

25     settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and

26     (3) individuals with full authority to negotiate and settle the case, on any terms.

27          No later than March 4, 2024, each party must submit to Judge Claire's chambers at

28     acorders@caed.uscourts.gov a confidential settlement conference statement.  These statements

                                              1

should not be filed on the docket; however, each party shall e-file a one-page document entitled

Notice of Submission of Confidential Settlement Conference Statement.  The statements should

be marked "CONFIDENTIAL" and should state the date and time of the conference.

While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's

perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and

trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability

should this case proceed to trial, in percentage terms;

(5) should this case proceed to trial and defendant be found liable, please provide the

following, in specific dollar terms:

(a) a realistic high-end recovery estimate (i.e., realistic best- or worst-case

scenario)

(b) a realistic low-end recovery estimate (i.e., realistic worst- or best-case

scenario), and

(c) a best estimate of the most likely outcome;

(6) as to plaintiffs' prayer for injunctive relief, please identify:

(a) the issues, including but not limited to changes to defendants' Crowd & Riot

Control Manual (Exhibit 1 to the Second Amended Complaint), resolution of

which is most significant to achieving settlement;

(b) which such issues are most amenable to agreement or compromise;

(c) which such issues are most likely to present an obstacle to settlement, and why;

(7) a history of settlement discussions, including:

(a) a statement of your expectations for settlement discussions;

(b) a listing of any past and present settlement offers from any party (including all

terms);

1    (c) whether your party would consider making the opening offer or demand, and

2    what that offer might be;

3    (8) a list of the individuals who will be participating in the settlement conference on your

4    party's behalf, including each participant's name and, if appropriate, title;

5    (9) identification of any related cases or of any other cases that the parties might wish to

6    discuss at this settlement conference; and

7    (10) a completed worksheet (blank version attached) highlighting your responses to

8    certain of the above questions.

9    Judge Claire will hold a short, pre-settlement conference via Zoom on March 11, 2024 at

10   11:00 a.m.  Only the lead attorney(s) from each side should participate.[1]  At Judge Claire's

11   discretion, the joint discussion may be followed by private discussions between the judge and

12   each party.  Zoom login information will be provided in advance of March 11, 2024.

13   In accordance with the above, it is hereby ORDERED that:

14   1.  A pre-settlement conference is set before Magistrate Judge Claire on March 11, 2024 at

15   11:00 a.m.

16   2.  The settlement conference set before Magistrate Judge Claire on March 18, 2024, at

17   9:00 a.m. is hereby CONFIRMED.

18   3.  No later than March 4, 2024, each party must submit a confidential settlement

19   conference statement, as described above, to Magistrate Judge Claire.

20   DATED: February 7, 2024

21   _____

     ALLISON CLAIRE

22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

---

[1]  The court expects that the attorneys participating in the pre-settlement conference discussion

28   will also participate in the settlement conference.

3

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |

1