ANDREW NTIM, SBN 347084
MARISSA HATTON, SBN 348678
NISHA KASHYAP, SBN 301934
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Email: antim@lccrsf.org
mhatton@lccrsf.org
nkashyap@lccrsf.org

DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SARA BELADI, SBN, 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
emilyrose@siegelyee.com,
sbeladi@protonmail.com

CYNTHIA L. RICE, SBN 87630
DISABILITY LAW UNITED
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (303) 551-9389
Email: crice@dlunited.org

AVIANCE D. BROWN, *Pro Hac Vice*
DISABILITY LAW UNITED
1905 Sherman Street, Ste. 200, #1282
Denver, CO 80203
Telephone: (919) 321-9083
Email: abrown@dlunited.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>Defendants. | Case No. 2:21-cv-02211-JAM-SCR<br><br>**JOINT NOTICE OF PARTIAL SETTLEMENT REGARDING MONETARY RELIEF AND REQUEST FOR BENCH TRIAL ON INJUNCTIVE RELIEF**<br><br>Trial Date:   March 10, 2025<br>Time:         9:00 a.m.<br>Courtroom:  6, 14th Floor<br><br>Judge:         Hon. John A. Mendez<br>Action Filed:  November 30, 2021 |

The parties have resolved plaintiffs' monetary relief demand in this matter through settlement. The defendants agree to pay plaintiffs $350,000 to resolve plaintiffs' demand for monetary relief and agree that attorneys' fees and costs will be resolved by the Court through a motion. This agreement does not resolve plaintiffs' claims for injunctive relief, and plaintiffs reserve and do not release their claims for injunctive relief.

The parties have not resolved plaintiffs' injunctive relief demands and wish to proceed with a bench trial on injunctive relief.  The parties request that the Court address the scheduling of the bench trial at the currently scheduled pre-trial hearing set for March 10, 2025 at 10:00 a.m.

Respectfully submitted,

Dated:  March 7, 2025        SIEGEL, YEE, BRUNNER & MEHTA

/s/ *EmilyRose Johns*
EMILYROSE JOHNS
Attorneys for Plaintiffs MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA

Dated:  March 7, 2025        SACRAMENTO CITY ATTORNEY

/s/ *Sean D. Richmond*
SEAN D. RICHMOND
Attorneys for Defendants
SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN