UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITE; JERONIMO AGUILAR; LOREN WAYNE KIDD, LYRIC NASH; NICOLLETTE JONES; and ODETTE ZAPATA,<br><br>            Plaintiffs,<br><br>     v.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN; and DOES 1-200 (the names and numbers of which are currently unknown),<br><br>            Defendants. | No. 2:21-cv-02211-JAM-SCR<br><br>**JUDGMENT** |

In a partial settlement agreement, the parties agreed to payment for damages arising from the claims Plaintiffs asserted against Defendants. Partial Settlement Agreement and General Release, ECF No. 176. Pursuant to that partial settlement, the parties agreed that this Court would retain jurisdiction to enforce the terms of that agreement, including for the purpose of ruling on a motion for attorneys' fees and costs.

Consistent with the Court's Findings of Fact and Conclusions of Law (ECF No. 175), and in accordance with the agreement

1

between the parties, IT IS ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Plaintiffs and against Defendants as to Plaintiff's damages claims, pursuant to the Partial Settlement Agreement and General Release (ECF No. 176).

2. Judgment is entered against Plaintiffs and in favor of Defendants as to Plaintiff's declaratory and injunctive relief claims, pursuant to the Court's Findings of Fact and Conclusions of Law (ECF No. 175).

IT IS FURTHER ORDERED THAT:

This Court shall retain continued jurisdiction for the purpose of ensuring compliance with the Partial Settlement Agreement and General Release, including those terms related to the recovery of attorneys' fees and costs. Any motion for attorneys' fees and costs shall be filed within twenty-eight (28) days of this judgment.

Dated: June 17, 2025           /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE