| | |
|---|---|
| NISHA KASHYAP, SBN 301934 | CYNTHIA L. RICE, SBN 87630 |
| MARISSA HATTON, SBN 348678 | CIVIL RIGHTS EDUCATION AND |
| ANDREW NTIM, SBN 347084 | ENFORCEMENT CENTER |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS | 131 Steuart Street, Suite 400 |
| OF THE SAN FRANCISCO BAY AREA | San Francisco, CA 94105 |
| 131 Steuart Street, Suite 400 | Telephone: (303) 551-9389 |
| San Francisco, CA 94105 | Email: crice@dlunited.org |
| Telephone: (916) 634-8687 | |
| Email: antim@lccrsf.org | |
| nkashyap@lccrsf.org; | |
| mhatton@lccrsf.org | |

DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
sbeladi@protonmail.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; and DANIEL HAHN,<br><br>Defendants. | Case No. 2:21-cv-02211-JAM-SCR<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Action Filed:  November 30, 2021<br>Trial Held:  March 24, March 26–April 3, 2025<br>Judge:  Hon. John A. Mendez |

1   Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rules 144(a), Plaintiffs Megan White, Jeronimo
2   Aguilar, Loren Wayne Kidd, Lyric Nash, Nicollette Jones, and Odette Zapata ("Plaintiffs") and Defendants
3   the City of Sacramento, the Sacramento Police Department, and Daniel Hahn ("Defendants"), collectively
4   "the parties", by and through their respective counsel of record, hereby stipulate as follows:

5   WHEREAS, on April 9, 2025, the parties formally executed a Partial Settlement Agreement &
6   General Release.

7   WHEREAS, on May 19, 2025, the Court issued its Findings of Fact and Conclusions of Law. (ECF
8   No. 175.)

9   WHEREAS, on June 17, 2025, the Plaintiffs filed a Request for Entry of Judgment consistent with
10  the Court's findings and conclusions and the intent of the parties as reflected in the Partial Settlement
11  Agreement & General Release. (ECF 176.)

12  WHEREAS, on June 17, 2025, the Court issued a Judgment enforcing the Settlement Agreement,
13  and further ordered that Plaintiffs' attorneys' fees and costs shall be filed within twenty-eight days of the
14  Judgment, on July 15, 2025. (ECF No. 177.)

15  WHEREAS, on July 2, 2025, Plaintiff's counsel, Dan Siegel, passed away.

16  WHEREAS, Plaintiffs' counsel at Siegel, Yee, Brunner & Mehta is greatly impacted by his death
17  and is working to address time sensitive matters in cases where Mr. Siegel was lead counsel.

18  WHEREAS, Plaintiffs' counsel requested a brief extension of the current motion deadline in this
19  case to facilitate this transition, and Defendants kindly agreed.

20  NOW THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to the approval of this
21  Court for good cause shown, that:

22  1.  The deadline for Plaintiffs to file their Motion for Attorneys Fees shall be extended to July
23  29, 2025.

24  2.  The deadline for Defendants to file their Opposition shall be extended to August 26, 2025.

25  3.  The deadline for Plaintiffs to file their Reply shall be extended to September 9, 2025.

26  ///
27  ///
28  ///

Respectfully submitted,

Dated: July 7, 2025     SIEGEL, YEE, BRUNNER & MEHTA

/s/ *EmilyRose Johns*
EMILYROSE JOHNS
Attorneys for Plaintiffs MEGAN WHITE, JERONIMO AGUILAR, LOREN WAYNE KIDD, LYRIC NASH, NICOLLETTE JONES, and ODETTE ZAPATA

Dated: July 7, 2025     SACRAMENTO CITY ATTORNEY

/s/ *Sean D. Richmond*
SEAN D. RICHMOND
Attorneys for Defendants
SACRAMENTO POLICE DEPARTMENT; THE CITY OF SACRAMENTO; DANIEL HAHN

*White v. Sacramento*, No. 2:21-cv-02211-JAM-SCR
Stipulation for Extension of Time to File Motion for Attorneys' Fees - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ATTESTATION</u>**

I, Kayla Jerome, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

           /s/ *Kayla Jerome*
           Kayla Jerome

**ORDER**

Based on the foregoing, and GOOD CAUSE showing, IT IS HEREBY ORDERED THAT:

1. The deadline for plaintiffs' to file their Motion for Attorneys' Fees shall be extended to **July 29, 2025**.

2. The deadline for Defendants to file their Opposition shall be extended to **August 26, 2025**.

3. The deadline for Plaintiffs to file their Reply shall be extended to **September 09, 2025**.

IT IS SO ORDERED.

Dated: July 08, 2025                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE